IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-093-MOC-DCK

| | | |
|---|---|---|
| MATTHEW BENHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| BRANCH BANKING AND TRUST COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion For Stay Of Deadline For Filing Certificate Of Initial Attorneys Conference" (Document No. 11) filed April 26, 2019. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C §636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Motion For Stay Of Deadline For Filing Certificate Of Initial Attorneys Conference" (Document No. 11) is **GRANTED**.

**IT IS FURTHER ORDERED** that the parties shall file a Notice Of Settlement or a Certificate Of Initial Attorney's Conference on or before **May 24, 2019**.

Signed: April 29, 2019

David C. Keesler
United States Magistrate Judge